| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* City of Livonia Employees' Retirement System, et al
*Defendant:* Wyeth and Robert Essner

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV10329 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint for Violation of the Federal Securities Laws

3. a. Party served:                              Wyeth
   b. Person served:                           Lisa Ryan, Person Authorized to Accept Service

4. Address where the party was served:     5 Giralda Farms
                                             Madison, NJ 07940

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Nov. 29, 2007 (2) at: 11:30AM

7. **Person Who Served Papers:**
   a. Carlos Rodriguez
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   12/3/07                    Carlos Rodriguez
   (Date)                     (Signature)

   DEC 6 2007

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires _____
                          (Date)

   ROBERT CIFELLI
   Notary Public of New Jersey
   My Commission Expires Oct. 6, 2008

   **AFFIDAVIT OF SERVICE**
   **Summons & Complaint**

   12/3/07
   (Notary Public)

   sarud.101887