| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |

| Plaintiff: City of Livonia Employees' Retirement System, et al |
|---|
| Defendant: Wyeth and Robert Essner |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV10329 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint for Violation of the Federal Securities Laws

3. a. Party served:            Robert Essner
   b. Person served:           party in item 3a

4. Address where the party was served:   2 Van Beuren Road
                                          Morristown, NJ 07960

5. I served the party:
   b. **by substituted service.** On: Thu., Nov. 29, 2007 at: 8:15PM by leaving the copies with or in the presence of:
      Ann Essner, wife/co-occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. Robert Bejarano
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   12/3/07
   (Date)                          (Signature)

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

   My Commission Expires _____
   ROBERT CIFELLI
   NOTARY PUBLIC OF NEW JERSEY   AFFIDAVIT OF SERVICE             12/3/07
   My Commission Expires Oct. 6, 2008   Summons & Complaint   (Notary Public)   sarud.101888

DEC 6