Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
CITY OF LIVONIA EMPLOYEES' :
RETIREMENT SYSTEM, On Behalf of Itself : Case No. 07-cv-10329 (RJS)
and All Others Similarly Situated, :
 :
                Plaintiff, :
 :
vs. :
 :
WYETH and ROBERT ESSNER, :
 :
                Defendants. :
 :
----------------------------------------------------------------x



## STIPULATION AND [~~PROPOSED~~] ORDER

WHEREAS, Plaintiff commenced this Action by filing a complaint dated November 14, 2007 (the "Complaint");

WHEREAS, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 on behalf of a purported class; and

WHEREAS, pursuant to Section 21D(a) of the Exchange Act, the Court will appoint a Lead Plaintiff;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1.    Without waiving any rights, defenses or other objections, counsel for Defendants accepts service of the Complaint on behalf of each of the Defendants.

2.    Defendants shall not be required to answer or otherwise respond to the Complaint.

3.  The Lead Plaintiff shall file and serve a consolidated amended complaint or designate a previously-filed complaint as the operative complaint (the "Operative Complaint") no later than 45 days after an order appointing it is entered by the Court.

4.  Defendants shall file and serve an answer, motion to dismiss or other response to the Operative Complaint no later than 45 days after it is served.

5.  If Defendants respond to the Operative Complaint by motion to dismiss, Lead Plaintiff shall file its opposition papers no later than 45 days after the motion is served.

6.  Defendants shall file their reply papers no later than 30 days after Lead Plaintiff's opposition papers are served.

Dated: New York, New York
       December 19, 2007

        COUGHLIN STOIA GELLER RUDMAN &
        ROBBINS LLP

        By   /s/ Samuel H. Rudman
        Samuel H. Rudman
        David A. Rosenfeld
        58 South Service Road, Suite 200
        Melville, New York 11747
        Telephone: (631) 367-7100
        Fax: (631) 367-1173

        *Attorneys for Plaintiff*

SIMPSON THACHER & BARTLETT LLP

By _____
Michael J. Chepiga
Lynn K. Neuner
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants*

SO ORDERED.

Dated: December 19, 2007

_____
Richard J. Sullivan
U.S.D.J.

- 3 -