

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

David A. Rosenfeld
DRosenfeld@csgrr.com

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

**MEMO ENDORSED**

January 9, 2007

<u>VIA HAND DELIVERY</u>

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re: *City of Livonia Employees Retirement System vs. Wyeth and Robert Essner,* 07-cv-10329

Dear Judge Sullivan:

My firm has recently been retained to represent certain institutional investors who wish to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on November 14, 2007; accordingly, our client must file its motion no later than January 14, 2008.

Your Honor's Individual Practices, however, require that "For motions other than discovery motions, a pre-motion conference with the court is required for making any motion ...." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on January 14, 2008.

Respectfully submitted,

David A. Rosenfeld

cc: Michael Chepiga (by facsimile)

Request granted.

SO ORDERED
Dated: 1/10/08
RICHARD J. SULLIVAN
U.S.D.J.

58 South Service Road, Suite 200 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com