UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

CITY OF LIVONIA EMPLOYEES'         :    Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself :
and All Others Similarly Situated,       :    CLASS ACTION
                                         :
                      Plaintiff,         :    MOTION TO ADMIT COUNSEL *PRO HAC*
                                         :    *VICE*
                                         :
        vs.                              :
                                         :
WYETH, et al.,                           :
                                         :
                      Defendants.        :
                                         :
————————————————————— x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, *pro hac vice*, of:

> Tor Gronborg
> COUGHLIN STOIA GELLER RUDMAN
>   & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)

Tor Gronborg is a member in good standing of the Bar of the State of California (Certificate of Good Standing attached hereto as Exhibit A), as well as the United States District Courts of the Northern, Central and Southern Districts of California.   There are no pending disciplinary proceedings against Tor Gronborg in any State or Federal court.

DATED:  February 7, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on February 8, 2008, I caused a true and

correct copy of the attached:

Motion For Admission *Pro Hac Vice,* and Supporting Papers

to be served by United States mail to all counsel listed on the attached service list.


Kelly Stadelmann

WYETH

Service List - 2/1/2008     (07-0254)

Page 1 of  1

**Counsel For Defendant(s)**

Michael J. Chepiga
Lynn K. Neuner
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
   212/455-2000
   212/455-2502(Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

Ramzi  Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

# EXHIBIT A

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

January 31, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TOR
GRONBORG, #179109 was admitted to the practice of law in this state by
the Supreme Court of California on December 7, 1995; and has been
since that date, and is at date hereof, an ACTIVE member of the State Bar
of California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

CITY OF LIVONIA EMPLOYEES'               :    Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself   :
and All Others Similarly Situated,       :    CLASS ACTION
                                         :
                    Plaintiff,           :    AFFIDAVIT OF SAMUEL H. RUDMAN IN
                                         :    SUPPORT OF MOTION TO ADMIT
       vs.                               :    COUNSEL *PRO HAC VICE*
                                         :
WYETH, et al.,                           :
                                         :
                    Defendants.          :
                                         :
———————————————————————— x

SAMUEL H. RUDMAN, being duly sworn, deposes and says as follows:

1.     I am a member of Coughlin Stoia Geller Rudman & Robbins LLP, Lead Counsel for plaintiff in the above-captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Tor Gronborg as counsel, *pro hac vice*, to represent plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1993.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     Mr. Gronborg is a member of Coughlin Stoia Geller Rudman & Robbins LLP, in San Diego, California.

4.     I have found Mr. Gronborg to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.     Accordingly, I am placed to move for the admission of Tor Gronborg, *pro hac vice*.

6.     I respectfully submit a proposed order granting the admission of Tor Gronborg, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Tor Gronborg, *pro hac vice*, to represent plaintiff in the above-captioned matter, be granted.

DATED:  February 7, 2008

_____
SAMUEL H. RUDMAN (SR-7957)

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on February 8, 2008, I caused a true and correct copy of the attached:

Motion For Admission *Pro Hac Vice,* and Supporting Papers

to be served by United States mail to all counsel listed on the attached service list.


_Kelly Stadel_
Kelly Stadelmann

WYETH
Service List - 2/1/2008    (07-0254)
Page 1 of 1

## Counsel For Defendant(s)

Michael J. Chepiga
Lynn K. Neuner
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
   212/455-2000
   212/455-2502(Fax)

## Counsel For Plaintiff(s)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173(Fax)

Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423(Fax)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
––––––––––––––––––––––––––––––––––––– x
CITY OF LIVONIA EMPLOYEES'             :    Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself :
and All Others Similarly Situated,     :    CLASS ACTION
                                       :
                          Plaintiff,   :    [PROPOSED] ORDER FOR ADMISSION
                                       :    PRO HAC VICE ON WRITTEN MOTION
                                       :
              vs.                      :
                                       :
WYETH, et al.,                         :
                                       :
                          Defendants.  :
                                       :
––––––––––––––––––––––––––––––––––––– x
```

Upon the motion of Samuel H. Rudman, attorney for plaintiff Pipefitters Union Local 537 Pension Fund, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Tor Gronborg
> COUGHLIN STOIA GELLER RUDMAN
>   & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101
> Telephone:  619/231-1058
> 619/231-7423 (fax)
> E-mail:  Torg@csgrr.com

is admitted to practice, *pro hac vice*, as counsel for plaintiff Pipefitters Union Local 537 Pension Fund in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: February ___, 2008

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

- 1 -