UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

CITY OF LIVONIA EMPLOYEES' :   Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself :
and All Others Similarly Situated, :   CLASS ACTION

               Plaintiff, :   [PROPOSED] ORDER FOR ADMISSION
                    :   *PRO HAC VICE* ON WRITTEN MOTION

    vs. :

WYETH, et al., :

            Defendants. :

------------------------------------------------ x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2|19|08

Upon the motion of Samuel H. Rudman, attorney for plaintiff Pipefitters Union Local 537

Pension Fund, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Tor Gronborg
> COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)
> E-mail: Torg@csgrr.com

is admitted to practice, *pro hac vice*, as counsel for plaintiff Pipefitters Union Local 537

Pension Fund in the above-captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: February 14, 2008

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE