USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CITY OF LIVONIA EMPLOYEES' : Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself :
and All Others Similarly Situated, : CLASS ACTION
:
Plaintiff, : [PROPOSED] ORDER APPOINTING
: PIPEFITTERS UNION LOCAL 537
vs. : PENSION FUND'S AS LEAD PLAINTIFF
: AND APPROVING LEAD PLAINTIFF'S
WYETH, et al., : SELECTION OF LEAD COUNSEL
:
Defendants. :
:
---------------------------------------------------------------x

Having considered the Pipefitters Union Local 537 Pension Fund's ("Pipefitters Fund") Motion to Appoint Lead Plaintiff and for Approval of Its Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), Pipefitters Fund is appointed as Lead Plaintiff for the class; and

3. Lead Plaintiff's selection of counsel is approved. Pursuant to §21D(a)(3)(B)(v), Coughlin Stoia Geller Rudman & Robbins LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: *Feb 25, 2008*
*nunc pro tunc to 2/12/08*

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Wyeth\ORD00048350-LP.doc