UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

CITY OF LIVONIA EMPLOYEES'  : Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself :
and All Others Similarly Situated, : <u>CLASS ACTION</u>

                      Plaintiff, : MOTION TO ADMIT COUNSEL *PRO HAC*
: *VICE*
    vs. :

WYETH, et al., :

                      Defendants. :

——————————————————————— x



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, *pro hac vice*, of:

> Laurie L. Largent
> COUGHLIN STOIA GELLER
>   & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> Fax: 619/231-7423
> Email: llargent@csgrr.com

Laurie L. Largent is a member in good standing of the Bar of the State of California (Certificate of Good Standing attached hereto as Exhibit A), as well as the United States District Court of the Southern, Northern and Central Districts of California and the Ninth Circuit Court of Appeals. There are no pending disciplinary proceedings against Laurie L. Largent in any state or federal court.

DATED: March 13, 2008

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER<br>
  RUDMAN & ROBBINS LLP<br>
TOR GRONBORG<br>
TRIG R. SMITH<br>
LAURIE L. LARGENT<br>
655 West Broadway, Suite 1900<br>
San Diego, CA 92101<br>
Telephone: 619/231-1058<br>
619/231-7423 (fax)

Lead Counsel for Plaintiff

S:\CasesSD\Wyeth\mtn00049751.doc

## CERTIFICATE OF SERVICE

I, Kelly A. Stadelmann, hereby certify that on March 13, 2008, I caused a true and correct copy of the attached:

Motion to Admit Counsel *Pro Hac Vice*; and

Affidavit of Samuel H. Rudman in Support of Motion to Admit Counsel *Pro Hac Vice*,

to be: (i) filed by hand with the Clerk of the Court; and (ii) served by first-class mail to all counsel on the attached service list.

*/s/ Kelly A. Stadelmann*
Kelly A. Stadelmann

WYETH

Service List - 2/1/2008    (07-0254)

Page 1 of 1

**Counsel For Defendant(s)**

Michael J. Chepiga
Lynn K. Neuner
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
   212/455-2000
   212/455-2502(Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173(Fax)

Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423(Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CITY OF LIVONIA EMPLOYEES' : Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself :
and All Others Similarly Situated, : CLASS ACTION
:
                Plaintiff, : AFFIDAVIT OF SAMUEL H. RUDMAN IN
: SUPPORT OF MOTION TO ADMIT
vs. : COUNSEL *PRO HAC VICE*
:
WYETH, et al., :
:
                Defendants. :
:
------------------------------------------------------------ x

SAMUEL H. RUDMAN, being duly sworn, deposes and says as follows:

1. I am a member of Coughlin Stoia Geller Rudman & Robbins LLP, Lead Counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Laurie L. Largent as counsel, *pro hac vice*, to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1993. I am also admitted to the bar of the United States District Court for the southern District of New York, and am in good standing with this Court.

3. Ms. Largent is an associate with Coughlin Stoia Geller Rudman & Robbins LLP, in San Diego, California.

4. I have found Ms. Largent to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Laurie L. Largent, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Laurie L. Largent *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Laurie L. Largent, *pro hac vice*, to represent plaintiff in the above-captioned matter, be granted.

DATED: March 13, 2008

SAMUEL H. RUDMAN (SR-7957)

State of New York
County of Suffolk

Subscribed and sworn to before me on this ___ day of March 2008 by Samuel H. Rudman, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____ (signature of Notary) (seal of Notary)

- 1 -

KELLY A. STADELMANN
Notary Public, State Of New York
No. 01ST6047260
Qualified In Nassau County
Commission Expires August 28, 2010

# EXHIBIT A



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

March 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURIE LARGENT, #153493 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x
CITY OF LIVONIA EMPLOYEES'               :   Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself   :
and All Others Similarly Situated,       :   CLASS ACTION
                                         :
                 Plaintiff,              :   [PROPOSED] ORDER FOR ADMISSION
                                         :   *PRO HAC VICE* ON WRITTEN NOTICE
     vs.                                 :
                                         :
WYETH, et al.,                           :
                                         :
                 Defendants.             :
                                         :
----------------------------------------- x

Upon the motion of Samuel H. Rudman, attorney for plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Laurie L. Largent
>COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>Telephone: 619/231-1058
>Fax: 619/231-7423
>Email: llargent@csgrr.com

is admitted to practice, *pro hac vice*, as counsel for plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____    _____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Wyeth\ord00049748.doc