UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
_____ x
CITY OF LIVONIA EMPLOYEES'              :  Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself  :
and All Others Similarly Situated,      :  CLASS ACTION
                                        :
                 Plaintiff,             :  [PROPOSED] ORDER FOR ADMISSION
                                        :  PRO HAC VICE ON WRITTEN NOTICE
      vs.                               :
                                        :
WYETH, et al.,                          :
                                        :
                 Defendants.            :
_____ x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Upon the motion of Samuel H. Rudman, attorney for plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Laurie L. Largent
> COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> Fax: 619/231-7423
> Email: llargent@csgrr.com

is admitted to practice, *pro hac vice*, as counsel for plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: March 2, 2008

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Wyeth\ord00049748.doc

- 1 -