UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 1:07-cv-10329-RJS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | **ECF CASE** |
| WYETH, et al., | NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS |
| Defendants. | |

PLEASE TAKE NOTICE of the appearance of Laurie L. Largent of Coughlin Stoia Geller Rudman & Robbins LLP, counsel on behalf of plaintiffs, in this action. The Court and counsel are requested to update their service lists with the undersigned's information as provided below.

DATED: April 30, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TOR GRONBORG
TRIG R. SMITH
LAURIE L. LARGENT

s/ LAURIE L. LARGENT
LAURIE L. LARGENT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiff

S:\CasesSD\Wyeth\not00050990.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 30, 2008.

                                                s/ LAURIE L. LARGENT
                                                LAURIE L. LRGENT

                                                COUGHLIN STOIA GELLER
                                                        RUDMAN & ROBBINS LLP
                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101-3301
                                                Telephone:  619/231-1058
                                                619/231-7423 (fax)

                                                E-mail:llargent@csgrr.com

## Mailing Information for a Case 1:07-cv-10329-RJS

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tor Gronborg**
  torg@lerachlaw.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Trig Randall Smith**
  trigs@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients

Lynn K. Neuner, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954