

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

CITY OF LIVONIA EMPLOYEES'
RETIREMENT SYSTEM, On Behalf of Itself
and All Others Similarly Situated,

                  Plaintiff,

    vs.

WYETH, et al.,

                  Defendants.

---------------------------------------------------------------- x

Civil Action No. 1:07-cv-10329-RJS

CLASS ACTION

**ECF CASE**

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE

WHEREAS, by stipulation submitted on March 12, 2008: (1) Lead Plaintiff shall file its consolidated complaint ("Complaint") by no later than April 11, 2008; (2) defendants shall file and serve an answer, motion to dismiss or other response to the Complaint by no later than May 27, 2008; (3) Lead Plaintiff shall file opposition papers, should defendants file a motion to dismiss, by no later than July 11, 2008; and (4) defendants shall file reply papers by no later than August 11, 2008;

WHEREAS, on April 11, 2008, Lead Plaintiff filed its Complaint;

WHEREAS, to accommodate a number of scheduling conflicts, Lead Plaintiff has requested a two week amendment to the deadlines for filing briefs related to defendants' anticipated motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1.    Defendants shall file their answer, motion to dismiss or other response to the Complaint by no later than June 10, 2008;

2.    Should defendants file a motion to dismiss, Lead Plaintiff shall file its opposition papers by no later than July 25, 2008;

3.    Defendants shall file their reply papers to Lead Plaintiff's opposition papers by no later than August 25, 2008.

DATED: May 15, 2008                    COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                       TOR GRONBORG
                                       TRIG R. SMITH
                                       LAURIE L. LARGENT

                                       TOR GRONBORG

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiff

DATED: May 15, 2008

SIMPSON THACHER & BARTLETT LLP
MICHAEL J. CHEPIGA
LYNN K. NEUNER

_L. Newer /37/78_
LYNN K. NEUNER

425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212/455-2000
212/455-2502 (fax)

Attorneys for Defendants

\*      \*      \*

IT IS SO ORDERED.

DATED: **5/16/08**

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Wyeth\STP00051294 doc