SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-2598

mchepiga@stblaw.com

BY HAND

June 2, 2008

Re: *City of Livonia Employees' Retirement System v. Wyeth, et al.*, 07 Civ. 10329 (RJS)

The Honorable Richard J. Sullivan
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Sullivan:

We represent corporate Defendant Wyeth and individual Defendants Robert Essner, Joseph Mahady, Kenneth Martin, Bernard Poussot, Robert Ruffolo Jr. and Ginger Constantine in the above-captioned action. Defendants anticipate filing a motion to dismiss Plaintiff's amended complaint on June 10, 2008 pursuant to the briefing stipulation so ordered by the Court on May 16, 2008. Section 2(B) of Your Honor's Individual Practices provides that a memorandum of law in support of a motion is limited to 25 pages unless prior permission has been granted by the Court. Because we represent one corporate defendant and six individual defendants in a securities action with multiple claims against each defendant, including allegations of scienter which must be individually refuted, we foresee the need for additional space to adequately address the allegations in the 72-page complaint. We thus respectfully request that Your Honor expand the page limit for the memorandum of law in support of Defendants' motion to dismiss to 40 pages.

Respectfully submitted,

Michael J. Chepiga

cc: Tor Gronborg, Esq.
    Trig R. Smith, Esq.
    Laurie L. Largent, Esq.
    Samuel H. Rudman, Esq.
    David A. Rosenfeld, Esq.

*Request granted. Defendants' brief shall not exceed 40 pages; Plaintiff's response likewise shall not exceed 40 pages; Defendants' Reply shall not exceed 15 pages.*

SO ORDERED
6/4/08
RICHARD J. SULLIVAN
U.S.D.J.