UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CITY OF LIVONIA EMPLOYEES' RETIREMENT :
SYSTEM, On Behalf of Itself and All Others :
Similarly Situated, :
                    Plaintiffs, :
                                      : Civil Action No. 07 CV 10329 (RJS)
            vs. :
                                      : **NOTICE OF DEFENDANTS'**
WYETH, ROBERT ESSNER, JOSEPH MAHADY, : **MOTION TO DISMISS THE**
KENNETH MARTIN, BERNARD POUSSOT,   : **CONSOLIDATED CLASS ACTION**
ROBERT RUFFOLO, JR. and GINGER          : **COMPLAINT**
CONSTANTINE, :
                    Defendants. :
-------------------------------------------------------------------x

       PLEASE TAKE NOTICE THAT, upon the memorandum of law dated June 10, 2008, the annexed Affidavit of Michael J. Chepiga, Esq., sworn to on June 10, 2008, and the exhibits attached thereto, Defendants Wyeth, Robert Essner, Joseph Mahady, Kenneth Martin, Bernard Poussot, Robert Ruffolo, Jr., M.D., and Ginger Constantine, M.D., by their attorneys, Simpson Thacher & Bartlett LLP, hereby move this Court for an order dismissing the Consolidated Complaint for Violations of the Federal Securities Laws with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*

Dated: New York, New York                   SIMPSON THACHER & BARTLETT LLP
       June 10, 2008

                                                                       By: /s/ Michael J. Chepiga
                                                                        Michael J. Chepiga (mchepiga@stblaw.com)
                                                                        Lynn K. Neuner (lneuner@stblaw.com)
                                                                        Alexandra Greif (agreif@stblaw.com)
                                                                        425 Lexington Avenue
                                                                        New York, New York 10017-3954
                                                                        Telephone: (212) 455-2000
                                                                        Facsimile: (212) 455-2502

                                                                        *Attorneys for Defendants*