UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CITY OF LIVONIA EMPLOYEES' RETIREMENT :
SYSTEM, On Behalf of Itself and All Others
Similarly Situated,                              :
                       Plaintiffs,          :
                                      : Case No. 07-cv-10329 (RJS)
          vs.                           :
                                      : **NOTICE OF APPEARANCE**
WYETH, ROBERT ESSNER, JOSEPH MAHADY, :
KENNETH MARTIN, BERNARD POUSSOT,            :
ROBERT RUFFOLO, JR. and GINGER                    :
CONSTANTINE,                                                        :
                       Defendants.         :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that Lynn K. Neuner of the law firm Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Wyeth, Robert Essner, Joseph Mahady, Kenneth Martin, Bernard Poussot, Robert Ruffolo, Jr., and Ginger Constantine in this action and requests that all subsequent papers be served upon her at the following address:

      Lynn K. Neuner (lneuner@stblaw.com)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017-3954
      (212) 455-2000 (telephone)
      (212) 455-2502 (facsimile)

Dated: June 11, 2008
      New York, New York

                                  SIMPSON THACHER & BARTLETT LLP

                                  By: /s/ Lynn K. Neuner_____

                                  425 Lexington Avenue
                                  New York, NY 10017-3954
                                  Telephone: (212) 455-2000
                                  Facsimile: (212) 455-2502
                                  Email: lneuner@stblaw.com

                                 *Attorney for Defendants*