UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CITY OF LIVONIA EMPLOYEES' RETIREMENT :
SYSTEM, On Behalf of Itself and All Others
Similarly Situated,                                              :
                       Plaintiffs,     :
                                         : Case No. 07-cv-10329 (RJS)
      vs.                                                        :
                                         : **NOTICE OF APPEARANCE**
WYETH, ROBERT ESSNER, JOSEPH MAHADY, :
KENNETH MARTIN, BERNARD POUSSOT,       :
ROBERT RUFFOLO, JR. and GINGER              :
CONSTANTINE,                                                      :
                       Defendants.     :
----------------------------------------------------------------x

       PLEASE TAKE NOTICE that Alexandra Greif of the law firm Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Wyeth, Robert Essner, Joseph Mahady, Kenneth Martin, Bernard Poussot, Robert Ruffolo, Jr., and Ginger Constantine in this action and requests that all subsequent papers be served upon her at the following address:

       Alexandra Greif (agreif@stblaw.com)
       SIMPSON THACHER & BARTLETT LLP
       425 Lexington Avenue
       New York, New York 10017-3954
       (212) 455-2000 (telephone)
       (212) 455-2502 (facsimile)

Dated:  June 11, 2008
       New York, New York

                                           SIMPSON THACHER & BARTLETT LLP

                                           By: /s/  Alexandra Greif_____

                                           425 Lexington Avenue
                                           New York, NY 10017-3954
                                           Telephone:  (212) 455-2000
                                           Facsimile:  (212) 455-2502
                                           Email:  agreif@stblaw.com

                                           *Attorney for Defendants*