**MEMO ENDORSED**

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

AUG 19 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

DIRECT DIAL NUMBER

(212) 455-2598

E-MAIL ADDRESS

mchepiga@stblaw.com

BY HAND

August 18, 2008

Re: *City of Livonia Employees' Retirement System v. Wyeth, et al.*, 07 Civ. 10329 (RJS)

The Honorable Richard J. Sullivan
United States District Court for the Southern District of
New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Sullivan:

    We represent corporate Defendant Wyeth and individual Defendants Robert Essner, Joseph Mahady, Kenneth Martin, Bernard Poussot, Robert Ruffolo Jr. and Ginger Constantine in the above-captioned action. Our Reply Brief is due Monday, August 25, 2008. Pursuant to the June 4, 2008 Order, the Reply Brief is limited to 15 pages. Because the Reply involves discussion of complex statistical data and stock sales involving multiple defendants, we foresee the need for additional space to adequately address the Plaintiffs' legal and factual arguments regarding this case. We thus respectfully request that Your Honor expand the page limit for the Reply Brief to 20 pages. We have consulted with Plaintiffs' counsel and they do not object to this request.

Respectfully submitted,

*Michael Chepiga / AMR*

Michael J. Chepiga

cc: Tor Gronborg, Esq.
    Trig R. Smith, Esq.
    Laurie L. Largent, Esq.
    Samuel H. Rudman, Esq.
    David A. Rosenfeld, Esq.

*Request granted. Defendants' reply brief shall not exceed 20 pages.*

SO ORDERED
8/20/08
RICHARD J. SULLIVAN
U.S.D.J.