UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 10/28/10                 │
└─────────────────────────────────────┘
```

CITY OF LIVONIA EMPLOYEES'
RETIREMENT SYSTEM, On Behalf of
Itself and All Others Similar Situated,

Plaintiff[s],

-v-

WYETH, et al.,

Defendant[s].

No. 07 Civ. 10329 (RJS)
CASE MANAGEMENT PLAN AND
SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order.

1. All parties (consent) (do not consent) to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c). [*Please circle one.*] [*If all consent, the remainder of the Order need not be completed at this time.*]

2. This case (is) (is not) to be tried to a jury. [*Please circle one.*]

3. No additional parties may be joined except with leave of the Court.

4. Amended pleadings may not be filed except with leave of the Court.

5. Initial disclosures pursuant to Rule 26(a)(1) shall be completed no later than _____12/3/2010*_____. [*Absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f).*]
   [26(f) conference to be held on 11/30/2010.]*

6. All *fact* discovery is to be completed no later than ____10/28/2011____. [*A period not to exceed 120 days unless the case presents unique complexities or other exceptional circumstances*].

*Defendants reserve their right to seek an extension of time to complete their initial disclosures or to seek adjournment of the 26(f) conference if their motion to reconsider remains *sub judice.* on that date.

7.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 6 above.

   a.  Initial requests for production of documents shall be served by __11/9/2010*__ .

   b.  Interrogatories shall be served by __[Premature]__

   c.  Depositions shall be completed by __10/28/2011__ .

      i.  Absent an agreement between the parties or an order from the Court, depositions are not to be held until all parties have responded to initial requests for document production.

      ii.  There is no priority in deposition by reason of a party's status as a plaintiff or a defendant.

      iii.  Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

   d.  Requests to Admit shall be served no later than __[Premature]__ .

8.  All *expert* disclosures, including reports, production of underlying documents, and depositions shall be completed pursuant to the following deadlines:

   a.  Expert(s) of Plaintiff(s)   __12/16/2011__ .   c. Rebuttal reports of Plaintiffs 3/16/2012.

   b.  Expert(s) of Defendant(s)   __2/14/2012__ .

   [*The parties shall be prepared to describe their contemplated expert discovery and the bases for their proposed deadlines at the initial conference.*]

9.  All discovery shall be completed no later than __4/27/2012__ .

10.  The Court will conduct a post-discovery conference on __May 18, 2012 9:15__
    [*To be completed by the Court. The conference will be scheduled within three weeks of the close of all discovery.*]

*The Parties agree that no production of documents will be due prior to 11/30/2010. Defendants reserve their right to seek an extension of time to produce documents if their motion to reconsider remains *sub judice.* on that date. Plaintiffs intend to serve a subpoena on the FDA by 10/22/2010.

11.  If either party contemplates a motion, the post-discovery conference will function as a pre-motion conference.  Pre-motion letters are to be submitted by _April 27, 2012_ [*To be completed by the Court. The deadline will be no later than two weeks prior to the post-discovery status conference.*] Pursuant to Rule 2.A of the Court's Individual Practices, responses to pre-motion letters are to be submitted within three business days from the date of service of the initial pre-motion letter. Pre-motion letters and responses shall be submitted to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

12.  If neither party contemplates a dispositive motion, the post-discovery conference will function as a pre-trial conference at which a trial date will be set.

13.  Counsel for the parties request a settlement conference before a Magistrate Judge or the Southern District's Mediation Program and request: [*Please check one. All counsel must meet for at least one hour to discuss settlement not later than two weeks following the close of fact discovery.*]

   a.  ___✓___ Referral to a Magistrate Judge for settlement discussions

   b.  _____ Referral to the Southern District's Mediation Program

   The parties are to contact _____MJ Pitman___ by __June 1, 2012__. [*To be completed by the Court after consultation with the parties.*] [Premature] [Parties intend to retain a private mediator.]

14.  Parties have conferred and their present best estimate of the length of trial is _____. [Premature] [Parties will inform Court by 4/15/2011.]

SO ORDERED.

DATED:   Oct. 28, 2010
         New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE

15. Deadline to Answer: 12/3/2010 [Defendants reserve their right to seek an extension of time to answer if the motion for reconsideration remains *sub judice.* on that date.]

16. Deadline to move for class certification: 12/16/2010 [Parties will agree on the discovery needed regarding the motion for class certification after it is filed and will propose a briefing schedule that allows for a reasonable period of time for the class-related discovery to be concluded.]