UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CITY OF LIVONIA EMPLOYEES' : Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself :
and All Others Similarly Situated, : <u>CLASS ACTION</u>
:
                    Plaintiff, : **ECF CASE**
:
    vs. : MOTION TO ADMIT COUNSEL *PRO HAC*
: *VICE*
WYETH, et al., :
:
                    Defendants. :
:
------------------------------------------------------------ x

586063_1

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, *pro hac vice*, of:

> Christopher D. Stewart
> Robbins Geller Rudman & Dowd LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> Fax: 619/231-7423
> Email: cstewart@rgrdlaw.com

Christopher D. Stewart is a member in good standing of the Bar of the State of California (Certificate of Good Standing attached hereto as Exhibit A), as well as the United States District Court for the Central District of California. There are no pending disciplinary proceedings against Christopher D. Stewart in any state or federal court.

DATED: November __, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
LAURIE L. LARGENT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
llargent@rgrdlaw.com

Lead Counsel for Plaintiff

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 17, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER DENNIS STEWART, #270448 was admitted to the practice of law in this state by the Supreme Court of California on June 4, 2010; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
CITY OF LIVONIA EMPLOYEES'  : Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself :
and All Others Similarly Situated,  : CLASS ACTION
    :
           Plaintiff,  : **ECF CASE**
    :
    vs.  : AFFIDAVIT OF SAMUEL H. RUDMAN IN
    : SUPPORT OF MOTION TO ADMIT
WYETH, et al.,  : COUNSEL *PRO HAC VICE*
    :
           Defendants.  :
    :
———————————————————— x

586064_1

SAMUEL H. RUDMAN, being duly sworn, deposes and says as follows:

1. I am a member of Robbins Geller Rudman & Dowd LLP, Lead Counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Christopher D. Stewart as counsel, *pro hac vice*, to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Stewart is an associate with Robbins Geller Rudman & Dowd LLP, in San Diego, California.

4. I have found Mr. Stewart to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move for the admission of Christopher D. Stewart, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Christopher D. Stewart *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Christopher D. Stewart, *pro hac vice*, to represent plaintiff in the above-captioned matter, be granted.

DATED: November 29, 2010

_____
SAMUEL H. RUDMAN (SR-7957)

State of New York
County of Suffolk

Subscribed and sworn to before me on this 29 day of November, 2010, by Samuel H. Rudman, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Kelly Stadelmann_ (signature of Notary) (seal of Notary)

KELLY A. STADELMANN
Notary Public, State Of New York
No. 01ST6047260
Qualified In Nassau County
Commission Expires August 28, 2014

- 1 -

586064_1

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
CITY OF LIVONIA EMPLOYEES'                              :   Civil Action No. 1:07-cv-10329-RJS
RETIREMENT SYSTEM, On Behalf of Itself                  :
and All Others Similarly Situated,                      :   <u>CLASS ACTION</u>
                                                        :
                        Plaintiff,                      :   **ECF CASE**
                                                        :
        vs.                                             :   [PROPOSED] ORDER FOR ADMISSION
                                                        :   *PRO HAC VICE* ON WRITTEN NOTICE
WYETH, et al.,                                          :
                                                        :
                        Defendants.                     :
                                                        :
---------------------------------------------------------- x

586066_1

Upon the motion of Samuel H. Rudman, attorney for plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Christopher D. Stewart
> ROBBINS GELLER RUDMAN & DOWD LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> Fax: 619/231-7423
> Email: cstewart@rgrdlaw.com

is admitted to practice, *pro hac vice*, as counsel for plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____    _____
                                 THE HONORABLE RICHARD J. SULLIVAN
                                 UNITED STATES DISTRICT JUDGE

586066_1

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on November 29, 2010, I caused a true and correct copy of the annexed documents to be served by U.S. mail to all counsel listed on the attached service list.

                                                             Kelly Stadelmann

**WYETH**

Service List - 10/22/2010  (07-0254)

Page 1 of 1

**Counsel For Defendant(s)**

Michael J. Chepiga
Lynn K. Neuner
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
  212/455-2000
  212/455-2502(Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173(Fax)

Tor Gronborg
Trig R. Smith
Laurie L. Largent
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423(Fax)