UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself an all others similarly situated,

          Plaintiffs,

-v-

WYETH, et al.,

          Defendants.

USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/11

No. 07 Civ. 10329 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' joint letter dated January 25, 2011, proposing a schedule for the initial discovery period focused on the issue of statistical significance. Accordingly, IT IS HEREBY ORDERED THAT discovery on the issue of statistical significance shall proceed on the following schedule:

1) By March 15, 2011, Defendants shall complete production of the agreed on documents.

2) By May 13, 2011, the parties shall confer regarding whether depositions or additional discovery, such as expert discovery, is necessary and to what extent.

3) By May 27, 2011, the parties shall submit a joint letter to the Court, advising the Court on the status of their discussions.

On January 21, 2011, Plaintiffs filed their motion for class certification. Discovery related to class certification is not going forward pending this period of discovery. Accordingly, IT IS FURTHER ORDERED THAT Plaintiffs' motion is denied, without prejudice to renewal

after the completion of this initial phase of discovery. The Clerk of Court is respectfully directed to terminate the motion located at docket number 65.

SO ORDERED.

Dated:  January 26, 2011
        New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE