UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WYETH, ROBERT ESSNER, JOSEPH MAHADY, KENNETH MARTIN, BERNARD POUSSOT, ROBERT RUFFOLO, JR. and GINGER CONSTANTINE,<br><br>Defendants. | Civil Action No. 07 CV 10329 (RJS)<br>(Class Action)<br><br>Hon. Richard J. Sullivan<br><br>**DEFENDANTS' STATEMENT IN SUPPORT OF APPROVAL OF SETTLEMENT**<br><br>**RETURN DATE: MARCH 1, 2013**<br><br>DOCUMENT FILED ELECTRONICALLY |

Defendants Wyeth, Robert Essner, Joseph Mahady, Kenneth Martin, Bernard Poussot, Robert Ruffolo, Jr., and Ginger Constantine submit this statement in support of approval of the proposed class action settlement of the above-captioned case. While Defendants do not agree with various characterizations contained in Plaintiff's Memorandum of Law In Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and take no position with respect to Plaintiff's and Plaintiff's Counsel's requests for expenses and attorneys' fees, Defendants respectfully submit that the Court should enter a final judgment and order approving the settlement as fair, reasonable, and adequate.

Dated: January 10, 2013

                              SIMPSON THACHER & BARTLETT LLP
                              By:  <u>s/ Lynn K. Neuner</u>
                                    Lynn K. Neuner
                                    George S. Wang

                              425 Lexington Avenue
                              New York, NY 10017-3954
                              Telephone:    (212) 455-2000
                              Facsimile:     (212) 455-2502

                              *Attorneys for Defendants*