UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF LIVONIA EMPLOYEES'
RETIREMENT SYSTEM,

                     Plaintiffs,

-v-

WYETH, *et al.*,

                     Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-13

No. 07 Civ. 10329 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of correspondence from Plaintiffs and counsel for objector Julia Petri, dated April 1, 3, 5, 11, and 15, 2013, concerning the Court's inquiry into the proposed settlement in this action, as well as Ms. Petri's standing to object to the proposed settlement. Specifically, Plaintiffs request additional time to calculate the number of claims falling beneath the proposed $10 distribution threshold. Additionally, the parties dispute whether Ms. Petri's failure to submit a claim to participate in the proposed settlement deprives her of standing to object to the proposed threshold and attorneys' fees. Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs shall provide to the Court information on the number of claimants who will be impacted by the $10 threshold and the appropriateness of that threshold no later than July 9, 2013. The Court will withhold judgment on the question of standing until that information is submitted. The parties are advised that no further correspondence is necessary at this time.

SO ORDERED.

Dated:      April 17, 2012
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE